**SO ORDERED.**

**SIGNED this 6 day of July, 2018.**



_____
John T. Laney, III
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| In re:<br><br>GLENDA L. SHANNON,<br><br>Debtor. | Bankruptcy Case No. 17-40832-JTL<br><br>Chapter 7 Proceeding |
| WALTER W. KELLEY,<br>Chapter 7 Trustee for the Estate of Glenda L. Shannon,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE CIM TRUST 2016-3, MORTGAGE-BACKED NOTES, SERIES 2016-3,<br><br>Defendant. | Adversary No. 18-04004 |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT

Before the Court is the Consent Motion for Extension of Time for Defendant to Answer Plaintiff's Complaint. For good cause shown, the Motion is hereby **GRANTED**. Defendant shall have through and including July 26, 2018 in which to answer, respond, or otherwise plead to Plaintiff's Complaint. The new date for pretrial conference shall be August 2, 2018 at 9:45 a.m. by telephone conference.

IT IS SO ORDERED.

Prepared and presented by:

/s/ J. Kelsey Grodzicki
J. Kelsey Grodzicki
Georgia Bar No. 134259
*Counsel for Defendant*
**CAMPBELL & BRANNON, LLC**
Glenridge Highlands II
5565 Glenridge Connector, Suite 350
Atlanta, GA 30342
(678) 443 - 6454 (phone)
(770) 396 - 2171 (fax)
kgrodzicki@campbellandbrannon.com
jcraig@campbellandbrannon.com